THE PEOPLE, ex rel. CORNELIA E. ROSA, Appellant, *v.* JOHN C. STREETER et al., Assessors, etc., Respondents.

(Submitted October 5, 1886; decided October 26, 1886.)

*C. D. Adams* for appellant.

*John C. McCartin* and *Joseph Atwell, Jr.,* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

In the Matter of Proving the Last Will and Testament of STEPHEN F. BEEKMAN, deceased.

(Argued October 7, 1886; decided October 26, 1886.)

*James S. Stearns* and *Francis Larkin* for appellant.

*E. Countryman* and *William F. Purdy* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

THOMAS FOX, Respondent, *v.* MATTHEW BYRNES, Appellant.

(Argued October 7, 1886; decided October 26, 1886.)

*Stewart L. Woodford* for appellant.

*S. A. Noyes* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.